1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   CHRISTIAAN HIGHSMITH
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5  Facsimile:  (916) 554-2900

6

   Attorneys for Plaintiff
7  United States of America

8

9                IN THE UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

   UNITED STATES OF AMERICA,            CASE NO.  2:15-CR-166 GEB
12
                         Plaintiff,     STIPULATION AND [PROPOSED] ORDER
13                                       REGARDING PRETRIAL FILINGS DUE MARCH
                      v.                 18, 2016
14
   RICHARD PAUL PUFFER, JR.,            DATE: March 18, 2016
15                                       TIME: 9:00 a.m.
                         Defendant.      COURT: Hon. Garland E. Burrell, Jr.
16

17

18                            **STIPULATION**

19        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21        1.      By previous Court Order (ECF No. 25, entered February 8, 2016), the following

22  document are required to be filed on or before Friday, March 18, 2016:

23                a)      proposed jury instructions and a proposed verdict form;

24                b)      proposed voir dire questions to be asked by the Court;

25                c)      trial briefs; and

26                d)      a joint statement or joint proposed jury instruction that can be read to the jury in

27  advance of voir dire that explains the nature of the case.

28        2.      Three of the four defendants in this case entered guilty pleas on March 11, 2016.  ECF

                                                 1
   STIPULATION AND [PROPOSED] ORDER REGARDING
   PRETRIAL FILINGS DUE MARCH 18, 2016

1  Nos. 54, 56, 58.

2  3.      Defendant Richard Paul Puffer, Jr., filed a Memorandum requesting to calendar his

3  change of plea for March 18, 2016, which, as outlined above, is the date that filings are due.  ECF No.

4  51.  The Court Ordered that defendant Puffer's change of plea hearing be calendared for March 18,

5  2016.  ECF No. 60.

6  4.      Defendant Puffer is now the final defendant remaining in this case who has not yet

7  entered a guilty plea.  If defendant Puffer enters a change of plea on March 18, 2016, as he has indicated

8  he will do, there would be no trial in this case.  Accordingly, should defendant Puffer follow through on

9  his stated intention to enter a guilty plea on March 18, 2016, there would be no need for the Court to

10  review the pretrial filings due on March 18, 2016.

11  5.      Based on the above stipulations, the parties request a short continuance of the deadline

12  for filing the pretrial documents referenced in Paragraph 1 above and in the Court's February 8, 2016,

13  Order (ECF No. 25) from Friday, March 18, 2016, to Tuesday, March 22, 2016.

14  6.      On February 5, 2016, the Court ordered deadlines for motions in limine and set a motion

15  in limine hearing date for Friday, March 18, 2016, at 9:00 a.m.  ECF No. 24.  Motions in limine have

16  been fully briefed by the parties, and the parties are not seeking to continue the motions in limine

17  hearing date.

18  7.      In the interests of judicial efficiency, and to conserve the time and resources of the Court

19  and the parties, the parties hereby agree and stipulate, and request that the Court find the following:

20  a)      Currently, the following pretrial filings are due in this case on March 18, 2016:

21  1)      proposed jury instructions and a proposed verdict form;

22  2)      proposed voir dire questions to be asked by the Court;

23  3)      trial briefs; and

24  4)      a joint statement or joint proposed jury instruction that can be read

25  to the jury in advance of voir dire that explains the nature of the

26  case.

27  b)      The final defendant in this case, defendant Puffer, has indicated that he will enter

28  a change of plea on March 18, 2016.  ECF No. 51.  Defendant Puffer's change of plea hearing in

STIPULATION AND [PROPOSED] ORDER REGARDING                    2
PRETRIAL FILINGS DUE MARCH 18, 2016

1   this Court has been calendared for Friday, March 18, 2016, at 9:00 a.m.

2          c)      In the interest of judicial efficiency, and to conserve the time and resources of the

3   Court and the parties, the deadline for pretrial filings listed above and discussed in the Court's

4   February 8, 2016, Trial Confirmation Order is continued from Friday, March 18, 2016, to

5   Tuesday March 22, 2016.

6

7   IT IS SO STIPULATED.

8

9

10   Dated:  March 15, 2016                          BENJAMIN B. WAGNER
                                                     United States Attorney

11

12                                                   /s/ SAMUEL WONG
                                                     /s/ CHRISTIAAN HIGHSMITH
13                                                   SAMUEL WONG
                                                     CHRISTIAAN HIGHSMITH
14                                                   Assistant United States Attorney

15

16   Dated:  March 15, 2016                          /s/ KELLY BABINEAU
                                                     KELLY BABINEAU
17                                                   Counsel for Defendant
                                                     RICHARD PAUL PUFFER, JR.

18

19

20

21                      **[PROPOSED] FINDINGS AND ORDER**

22   IT IS SO FOUND AND ORDERED.

23   Dated:  March 16, 2016

24

25   _____

26   GARLAND E. BURRELL, JR.
     Senior United States District Judge

27

28