UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>RICHARD PAUL PUFFER, JR.,<br><br>       Defendant. | No. 2:15-CR-00166-GEB<br><br><br>**ORDER** |

        Defendant Richard Puffer filed a conclusory request for an evidentiary hearing on July 22, 2016, which is denied because he has not presented "facts with sufficient definiteness, clarity, and specificity to enable the [sentencing] court to conclude that contested issues of fact exist." United States v. Howell, 231 F.3d 615, 620 (9th Cir. 2000); see United States v. Walczak, 783 F.2d 852, 857 (9th Cir. 1986) (stating an "evidentiary hearing on a [criminal] motion . . . ordinarily is required if the moving papers are sufficiently definite, specific, detailed, and nonconjectural to enable the court to conclude that contested issues [exists]."

Dated: August 4, 2016

                                                      GARLAND E. BURRELL, JR.
                                                      Senior United States District Judge